(38 South. 20.)

No. 15,474.

STATE v. BEHAN et al.

(Feb. 13, 1905.)

CRIMINAL LAW—APPEAL—AFFIRMANCE.

Where the transcript of appeal in a criminal prosecution contains no bill of exceptions (save one which the trial judge, for good reason, refused to sign) or assignment of error, and no error is patent on the face of the record, and the defendant makes no appearance in this court, in person or by counsel, the judgment appealed from will be affirmed.

(Syllabus by the Court.)

Appeal from Criminal District Court, Parish of Orleans; Frank D. Chrétien, Judge.

William Dowty, Henry Mohr, and others were convicted of keeping a gaming house, and Dowty and Mohr appeal. Affirmed.

See 113 La. 754, 37 South. 714.

Walter Guion, Atty. Gen., J. Porter Parker, Dist. Atty., and Henry Mooney, Asst. Dist. Atty., for the State.

MONROE, J. William Dowty and Henry Mohr, defendants in this case, have appealed from a sentence imposed upon them for "unlawfully aiding and assisting in keeping a banking game and banking house, at which money, and things of value representing money, and commonly called 'chips,' were bet and hazarded," but the transcript contains no bill of exceptions (save one which the trial judge, for good reason, refused to sign) or assignment of error, and we discover no error patent upon the face of the record, nor have the defendants appeared in person or by counsel. Under these circumstances, this court has but to affirm the judgment appealed from.

Judgment affirmed.